# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
---ATTORNEY AT LAW---

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

May 9, 2011

**Via Facsimile (718)-613-2613**

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Mark Anthony Small</u>
97 Cr. 1127 (NG)

Dear Judge Gershon:

This letter is written to request that the sentence in this matter be adjourned. It is currently on the Court's calendar for May 11, 2011.

This request is made as counsel is in the process of gathering information pertinent to the factors enumerated in Title 18 U.S.C. § 3553(a). Specifically, counsel has recently learned that Mr. Small has been transported from the Metropolitan Detention Center to a local hospital for testing. The testing was prompted by the discovery of a mass in Mr. Small's left lung. Counsel is awaiting the results of the tests in order to determine what if any impact the medical findings might have with regard to sentencing arguments. Accordingly, the within adjournment is requested.

I thank Your Honor for her consideration.

Respectfully,

Elizabeth E. Macedonio

*[Handwritten note: Sentencing adjourned to May 24, 2011 at 11:30am via Joe Case Manager to Judge Gershon (718) 613-2655]*

cc: Anthony Capozzolo, AUSA – Via Facsimile (718)-254-6076